

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Patrick Jeroid Jones, Appellant

No. 06-19-00265-CR        v.

The State of Texas, Appellee

Appeal from the 102nd District Court of Bowie County, Texas (Tr. Ct. No. 10F0703-102).   Memorandum Opinion delivered by Unassigned,  participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction.  Therefore, we dismiss the appeal.

We note that the appellant, Patrick Jeroid Jones, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED FEBRUARY 27, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk